## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 4.1.1
### Eastern Division

Michael R. Swiader
                                 Plaintiff,

v.                                                   Case No.: 1:10−cv−03113
                                                              Honorable Virginia M. Kendall

Performance Food Group
                                 Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, September 22, 2010:

      MINUTE entry before Honorable Virginia M. Kendall:Pursuant to joint stipulation, this case is hereby dismissed with prejudice. The court retains jurisdiction to adjudicate any outstanding settlement issues. Civil case terminated. Mailed notice(tsa, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.